# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF USA PURSUANT TO 18 U.S.C. 3512 FOR 2703(d) ORDER FOR ONE INTERNET PROTOCOL ADDRESS SERVICED BY SOFTLAYER TECHNOLOGIES, INC. | ML No. 19-684 |

## ORDER

The United States has submitted an amended application pursuant to 18 U.S.C. §§ 2703(d) and 3512(a), and the Treaty Between the United States of America and the Swiss Confederation on Mutual Assistance in Criminal Matters, Switz.-U.S., May 25, 1973, 27 U.S.T. 2019, requesting that the Court issue an Order requiring SoftLayer Technologies, Inc. ("PROVIDER"), an electronic communication service and/or a remote computing service provider located in Plano, Texas, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. §§ 2703(d) and 3512(a), that PROVIDER shall, within ten days of receipt of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

_____                    _____
Date                                          United States Magistrate Judge

# ATTACHMENT A

I. **The Account(s)**

The Order applies to certain records and information relating to any customer or subscriber account ("Account(s)") which was assigned to, connected with, or otherwise using the Internet Protocol ("IP") address 159.8.106.194 on December 21, 2017 18:14 +0100 UTC and any preserved data and/or preservation numbers associated therewith.

II. **Records and other information to be disclosed**

    A. **Information about the customer or subscriber of the Account(s)**

For each Account that meets the definition in Part I of this Attachment A, SoftLayer Technologies, Inc. ("PROVIDER") is required to disclose to the United States the following records and other information, if available, constituting information about the customer or subscriber of the Account(s):

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long distance telephone connection records;

4. Records of session times and durations, and the temporarily assigned network addresses (such as IP addresses) associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses);

7. Other subscriber numbers or identities (including the registration IP address), including any current or past accounts linked to the Account(s) by telephone number, recovery or alternate e-mail address, IP address, or other unique device or user identifier; and

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

**B. All records and other information relating to the Account(s) (except the contents of communications)**

PROVIDER is required to disclose to the United States the following records and other information, if available, for the Account(s) for the time period from December 14, 2017, to and including December 28, 2017, constituting all records and other information relating to the Account(s) (except contents of communications), including:

1. Records of user activity for each connection made to or from the Account(s), including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination IP addresses; and

2. Information about each electronic communication sent or received by the Account(s), including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination e-mail addresses, IP addresses, and telephone numbers), and any other associated header or routing information.